**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK S. MOON, | |
| Plaintiff, | CIVIL ACTION NO. 3:04-CV-1356 |
| v. | (JUDGE CAPUTO) |
| JO ANNE BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

## ORDER

**NOW**, this  15th  day of August, 2005, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 16) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

(1) The Report and Recommendation (Doc. 16) of Magistrate Judge Mannion is **ADOPTED**.

(2) Plaintiff Mark S. Moon's appeal is **DENIED**.

(3) The Clerk of the Court shall mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge